IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

KUMAR NAHARAJA,
   *Plaintiff* [*a Crime Victim*],[1, 2]

v.

Thomas Kenneth Koch,
—an individual, and employee of
  Medical University of South Carolina
        &
Thomas Gregory Cooney,
  *Chair, Governance Committee (2023) &*
  *Immediate Past Chair, Board of Regents*
  *American College of Physicians*,
—an individual, and employee of
  Oregon Health and Science University SOM,
      AND
Carter Davidson Wray, Erika Lee Finanger,
Donald E Girard, Patrick Brunett, Joseph Pinter,
Daniel Gibbs, Jeff Kraakevik, Jason Coryell,
Dana Braner, Stephen A.Back, Barry Russman,
Frances Biagioli, Colin Roberts, & Michele
Mass, Cynthia Ferrell (decedent)
—*Current & Former* members of OHSU
  Practice Plan, and

Sue Simmons
—*a former employee* of Oregon Health and
  Science University

    Defendants, All Individuals,
    [*Individually, and in official capacity*]

CASE No.  2:23-cv-100-RMG-MGB

**COMPLAINT**

**18 U.S. Code § 1595 (a)**

**Trafficking Victims Prevention & Protection Reauthorization Act of 2022**
(Signed into Public Law: 01/05/2023)

**U.S. CONST. amend. XIII, § 1**

**18 U.S. Code § 1962 (c) & (d)**

**U. S. CONST. amend. XIV, § 1**

**JURY TRIAL REQUESTED**

[1] Plaintiff's Graduate Medical Education & employment was unlawfully, with criminal intent, disrupted after subjecting Plaintiff to Coercion and Involuntary Servitude in the Second Degree and was terminated on 08/30/2013 by "a pattern of criminal activity" with fraudulently concealed criminal motives and perpetrated by 17 supervisors—members of OHSU Practice Plan & a GME administrator at OHSU School of Medicine, Portland, Oregon. 18 U.S.C § 1962 (c) & (d) [*Racketeer Influenced & Corrupt Organizations*; *Prohibited Activities*], 18 U.S.C § 1961(5). In *United States v. Benton*, the Fifth Circuit defined motive as "the reason that nudges the will and prods the mind to indulge the criminal intent." 637 F.2d 1052, 1056-57 (5th Cir. 1981).

[2] *See* City of Portland, Portland Police Bureau [PPB] Police Report, PPB Case No.14-84393.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of South Carolina    ▾

_____Columbia/Charlesto_____ Division

| | | |
|---|---|---|
| KUMAR NAHARAJA | ) ) ) | Case No.    2:23-cv-100-RMG-MGB |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)*  ☑ Yes   ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| Thomas Kenneth Koch, an employee of MUSC | ) | |
| Thomas Gregory Cooney, and Carter Davidson Wray, | ) | |
| et al, members of OHSU Practice Plan. See Page 1. | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

RECEIVED USDC
CLERK, CHARLESTON, SC
2023 JAN 11 AM 11: 42

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | KUMAR NAHARAJA |
| Street Address | Confidential under Oregon Judicial Department Uniform Trial Court |
| City and County | Rules [(UTCR 2.130 (2)(a)] [See Confidential Information Form at] ☒ |
| State and Zip Code | City of Hillsboro, Oregon 97124 |
| Telephone Number | 503-610-8646 |
| E-mail Address | nahar002@umn.edu |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.



Defendant No. 1

    Name                       Thomas Kenneth Koch

    Job or Title *(if known)*     Individual, an employee of Medical University of South Carolina

    Street Address           171 Ashley Avenue

    City and County         Charleston

    State and Zip Code     South Carolina 29425

    Telephone Number      843-876-0444

    E-mail Address *(if known)*

Defendant No. 2

    Name                       Thomas Gregory Cooney

    Job or Title *(if known)*     Portland VA Medical Center,

    Street Address           3710 SW US Veterans Hospital Rd

    City and County         City of Portland, Multnomah County

    State and Zip Code     OR 97207

    Telephone Number      503-220-8262

    E-mail Address *(if known)*   Address listed is practice location as per Oregon Medical Board

Defendant No. 3

    Name                       Carter Davidson Wray

    Job or Title *(if known)*     Individual, a member of OHSU Practice Plan

    Street Address           707 SW Gaines St, CDRC-P

    City and County         City of Portland, Multnomah County

    State and Zip Code     Portland, OR 97239

    Telephone Number      503-494-9113

    E-mail Address *(if known)*   Address listed is practice location as per Oregon Medical Board

Defendant No. 4

    Name                       Erika Lee Finanger

    Job or Title *(if known)*     Individual, a member of OHSU Practice Plan

    Street Address           707 SW Gaines Street CDRC-P

    City and County         City of Portland, Multnomah County

    State and Zip Code     Portland, OR 97239

    Telephone Number

    E-mail Address *(if known)*   Address listed is practice location as per Oregon Medical Board

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C § 1584 [Sale into involuntary servitude]; 18 U.S.C § 1589 [Forced labor]; 18 U.S.C § 1590 [Trafficking...peonage, slavery, involuntary servitude, or forced labor]; 18 U.S.C § 1595 (a)[Civil remedy], U.S. CONST. amend. XIII, § 1; 18 U.S.C § 1962 (c) & (d) [Racketeer Influenced & Corrupt Organizations; Prohibited activities]; 18 U.S.C § 1111 [Murder], 18 U.S.C § 1031 [Major Fraud against United States]; 18 U.S.C § 3663A; 18 U.S.C § 3771; Jurisdiction conferred by 28 U.S.C. § 1331

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
      The plaintiff, *(name)*  KUMAR NAHARAJA is a Resident of ____ , is a citizen of the State of *(name)*  Oregon ____ .

   b.    If the plaintiff is a corporation
      The plaintiff, *(name)*  ***Not Applicable*** ____ , is incorporated under the laws of the State of *(name)* ____ , and has its principal place of business in the State of *(name)* ____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
      The defendant, *(name)*  Thomas Kenneth Koch ____ , is a citizen of the State of *(name)*  South Carolina ____ . Or is a citizen of *(foreign nation)* ____ .

b.    If the defendant is a corporation

The defendant,  *(name)*  Oregon Health and Science University  , is incorporated under
the laws of the State of *(name)*    Oregon                                     , and has its
principal place of business in the State of *(name)*    Oregon.                  .
Or is incorporated under the laws of *(foreign nation)*    ***Not Applicable***           ,
and has its principal place of business in *(name)*                             .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

additionally, Plaintiff is entitled to relief pursuant to statutory provisions of 18 U.S. Code § 1031
(h)(2) [Major Fraud against United States]. Allegations that comport with 18 U.S. Code § 1031
were timely filed but could not proceed in the U.S. District Court, District of Oregon due to
conflict of interests in connection with covered matters which Plaintiff reasonably believes that
the United States has a direct and substantial interest. 18 U.S.C § 205 (a)(2).

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Plaintiff's Graduate Medical Education (GME) & employment was unlawfully, with criminal intent, disrupted by
defendants after subjecting Plaintiff to Coercion & Involuntary Servitude in the Second Degree between 01/11/13
to 04/14/13. ORS § 163.275(1)(h), ORS § 163.263(1)(e). Under direction of defendant Thomas Koch, in
furtherance of a criminal conspiracy, other named defendants employed def. Thomas G. Cooney who terminated
Plaintiff's education & employment on 08/30/2013 by "a pattern of criminal activity" with fraudulently concealed
criminal motives to avoid and/or frustrate efforts to investigate, arrest, prosecute, and to bring to justice the
perpetrators for Criminal activity. The crimes were perpetrated by 17 supervisors—members of OHSU Practice

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Plaintiff prays the Court to grant relief mandated by 18 U.S. Code § 1031 (h)(2) and any other statute that justice
so requires, including and not limited to Reinstatement to former position in the Graduate Medical Education
program at OHSU; All Relief necessary to make Plaintiff whole. Such relief shall include & not limited to
Reinstatement with same seniority status that Plaintiff would have had but for the discrimination & criminal acts
perpetrated by defendants, twice the amount of back pay, interest on the back pay, and compensation for any
special damages sustained as a result of defendants' crimes, discrimination, fraud including litigation costs &

attorney's fees, and Relief mandated for Crime Victims by 18 U.S.C § 3663A [Mandatory restitution to victims of certain crimes]. Additionally, Plaintiff prays the Court to grant relief mandated by the Trafficking Victims Prevention & Protection Reauthorization Act of 2022.(Signed into Public Law: 01/05/2023). See Ex. 1, infra. (Ex.1: Sponsor: Sen. Grassley, Chuck [R-IA] (Introduced 03/29/2022): S.3949 - Trafficking Victims Prevention and Protection Reauthorization Act of 2022, 117th Congress (2021-2022). Roster of Actions in Legislative Process; Signed into Public Law: 01/05/2023)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    01/06/2023

Signature of Plaintiff

Printed Name of Plaintiff    KUMAR NAHARAJA

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

